# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MIDWEST MOTOR SUPPLY CO., INC. | : |
| Plaintiff | : |
| | : Case No. C2-03 1029 |
| vs. | : |
| | : Judge Frost |
| BRENT R. BALLANTINE | : Magistrate Judge King |
| Defendant | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby dismiss all claims and counterclaims with prejudice with each party to bear its own costs and expenses, including attorneys' fees and expenses.

Respectfully submitted,

| | |
|---|---|
| s/ W. Irl Reasoner | s/ R. Michael Clark by permission |
| W. Irl Reasoner | R. Michael Clark (0059722) |
| *Trial Attorney for Plaintiff Midwest Motor Supply Co., Inc.* | *Trial Attorney for Defendant and Counterclaimant Brent Ballantine* |
| Habash, Reasoner & Frazier LLP | Clark & Hedien |
| 471 E. Broad St., Suite 800 | 2000 Bethel Road |
| Columbus, OH 43215 | Columbus, Ohio 43220 |
| E-mail: ireasoner@hrf-law.com | E-mail: mclark@clark-hedien.com |
| 614-221-4859 (Telephone) | 614-538-5381 (Telephone) |
| 614-221-1214 (Fax) | 614-538-5380 (Fax) |